AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:25-CV-01388-MTK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **City of Coos Bay**
was received by me on *(date)* **9-28-25**

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Nichole Rutherford, City Manager**, who is designated by law to accept service of process on behalf of *(name of organization)* **City of Coos Bay** on *(date)* **9-29-25** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **9-29-25**

*Server's signature*

**THERESA VALENTINE, INVESTIGATOR**
Printed name and title

**PO BOX 5248, PORTLAND, OR 97208**
Server's address

Additional information regarding attempted service, etc:
Served @ 12:40p
Administration Office of Coos Bay City Hall